**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                    Case No: 24-10654-BPC
ANTHONY DUNBAR                                                                    Chapter 13
       Debtor(s)

---

### TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

---

The debtor's Chapter 13 case was filed on June 13, 2024.  A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015.  The Confirmation hearing for the debtor(s) plan was held on Wednesday, September 4, 2024, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1.  Payments and Length of Plan:

Amount of debtor(s) plan payments:

**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| ANTHONY DUNBAR | SAM BOSWELL BUICK GMC | 140.00 | BI-WEEKLY | 07/13/2024 |
| ANTHONY DUNBAR | ENTERPRISE CHEVROLET | 152.00 | SEMI-MONTHLY | 09/07/2024 |

Period of payments: 58 months or until   a 'POT' of $580.00 is paid to unsecured creditors.

Payable to:    **Chapter 13 Trustee**
                  **P. O. Box 613108**
                  **MEMPHIS TN  38101-3108**

2.  Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $5,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $6.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $14.00 |
| Clerk of  Court | Filing Fee | $313.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| MATCO TOOLS | N | $1,685.00 | 7.00 % | $70.00 |
| SNAP ON CREDIT LLC | N | $4,736.00 | 7.00 % | $197.00 |

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, September 6, 2024.                     */s/ Sabrina L. McKinney*
                                                          Sabrina L. McKinney
                                                          Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, September 6, 2024.

**by CM/ECF:**
Danielle K. Greco, Bankruptcy Administrator
ba@almba.uscourts.gov

BROCK & STOUT
bankruptcy@brockandstoutlaw.com

**by First Class Mail, postage prepaid:**

ANTHONY DUNBAR
10872 CO 1
ENTERPRISE, AL 36330

                                                          */s/ Sabrina L. McKinney*
                                                          Sabrina L. McKinney
                                                          Chapter 13 Standing Trustee